McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and RO LYNNE M. HARTMANN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LYNNE M. HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>    v.<br><br>MELVIN STARK,<br><br>        Respondent. | 2:06-mc-00005-GEB-PAN (JFM)<br><br>**MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayer: MELVIN STARK |

     This matter came before me on April 13, 2006, under the Order to Show Cause filed February 2, 2006, which, with the verified petition and exhibits, was personally served on the respondent on February 17, 2006. Yoshinori H. T. Himel appeared for petitioners, and petitioning Revenue Officer Lynne M. Hartmann was present. Respondent did not file an opposition but was present at the hearing. At the hearing, petitioners withdrew the tax determination part of the proceeding (premised on Exhibit B to the Petition) because of respondent's compliance, in the interim, with that summons.

     The Verified Petition to Enforce Internal Revenue Service Summonses initiating this proceeding now seeks to enforce an administrative summons in aid of Revenue Officer Lynne M. Hartmann's investigation for tax collection for years 1995, 1997-98, and 2000-01 (Exhibit A to the Petition). Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345,

1

and is found to be proper.  Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a).  The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

     I have reviewed the petition and documents in support.  Based on the uncontroverted verification of Revenue Officer Hartmann and the entire record, I make the following findings:

     (1) The summons issued by Revenue Officer Lynne M. Hartmann to respondent Melvin Stark on May 11, 2005, seeking testimony and production of documents and records in respondent's possession, was in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to determine financial information to aid in the collection of the duly assessed and noticed tax liabilities of Melvin Stark for the years 1995, 1997-98, and 2000-01.

     (2) The information sought is relevant to that purpose.

     (3) The information sought is not already in the possession of the Internal Revenue Service.

     (4) The administrative steps required by the Internal Revenue Code have been followed.

     (5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

     (6) The verified petition and its exhibit made a prima facie showing of satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

     (7) The burden shifted to respondent, Melvin Stark, to rebut that prima facie showing.

     (8) Despite respondent's appearance at the hearing, Respondent presented no argument or evidence to rebut the prima facie showing.

     It is therefore the recommendation of the Magistrate Judge that the IRS summons issued to respondent, Melvin Stark, be enforced, and that respondent be ordered to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Lynne M. Hartmann or her designated representative, on Wednesday, May 10, 2006, at 2:00 p.m., or at a later date and time set in writing by the Revenue Officer, then and there to

1   be sworn, to give testimony, and to produce for examining and copying the books, checks,
2   records, papers and other data demanded by the summons, the examination to continue from
3   day to day until completed.
4          These findings and recommendation are submitted to the United States District Judge
5   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule
6   72-304 of the Local Rules of the United States District Court for the Eastern District of
7   California.  Within ten (10) days after being served with these findings and recommendations,
8   any party may file written objections with the court and serve a copy on all parties.  Such a
9   document should be titled "Objections to Magistrate Judge's Findings and
10  Recommendations."  Any reply to the objections shall be served and filed within ten (10) days
11  after service of the objections.  The District Judge will then review these findings and
12  recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are advised that failure to
13  file objections within the specified time may waive the right to appeal the District Court's
14  order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
15  DATED: April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE