1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Petitioners



**FILED**

MAY 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LYNNE M. HARTMANN, Revenue Agent, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MELVIN STARK,<br><br>Respondent. | 2:06-mc-00005-GEB-PAN (JFM)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: Melvin Stark |

The United States and Revenue Officer Lynne M. Hartmann here petition for enforcement of an IRS summons. The matter was placed before the duty United States Magistrate Judge under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On February 2, 2006, Judge Nowinski issued an Order to Show Cause, ordering the respondent, Melvin Stark, to show cause why the IRS summons issued to him on May 11, 2005, should not be enforced. The petition and order to show cause were duly served on the respondent. Respondent filed no opposition to enforcement in conformity with paragraph 6 on page 2 of the Order to Show Cause. Judge Moulds presided at the hearing on April 13, 2006, with all parties present. On April 19, 2006, Judge Moulds filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the

1  summonses be enforced. Neither side filed Objections to Magistrate Judge's Findings and
2  Recommendations in conformity with the final paragraph thereof.
3      I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local
4  Rule 72-304, and am satisfied that the Magistrate Judge's findings and recommendations are
5  supported by the record and by proper analysis, and that the requested and unopposed
6  summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:
7      1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
8  Enforcement, filed April 19, 2006, are ADOPTED IN FULL.
9      2. The summons issued to respondent, Melvin Stark, is ENFORCED.
10     3. Respondent, Melvin Stark, is ORDERED to appear at I.R.S. offices at 4330 Watt
11 Avenue, Sacramento, California, 95821, before Revenue Officer Lynne M. Hartmann or her
12 designated representative, on Wednesday, May 10, 2006, at 2:00 p.m., or at an alternate time
13 and date to be set by Revenue Officer Hartmann, then and there to be sworn, to give
14 testimony, and to produce for examining and copying the books, checks, records, papers and
15 other data demanded by the summons, the examination to continue from day to day until
16 completed.
17     It is SO ORDERED.

DATED: May 22, 2006

UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **May 4, 2006**, she served a copy of

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMENDATIONS AND ENFORCING I.R.S. SUMMONS**

by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Mr. Melvin Stark
9707 Duchess Lane
Stockton, CA 95209

/s/ *Mary Ann Rackley*
MARY ANN RACKLEY